```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| STEFANY GALLOWAY, | CIVIL ACTION NO. 03-4353 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| F/V WILLIAM & LAUREN, INC., et al., |  |
| Defendants. |  |

**THE DEFENDANT** F/V William & Lauren, Inc., moving for summary judgment on the claim for punitive damages insofar as asserted against it (dkt. entry no. 17); and the Court now being advised that the parties have settled the action in its entirety (dkt. entry no. 18); and thus the Court intending to (1) deny the motion without prejudice as moot, and (2) dismiss the complaint without prejudice to reopen if the settlement is not consummated; and the parties being advised that — in order to protect their interests — they may still submit a stipulation of dismissal in this action, even though the action will be marked as terminated by the Clerk of the Court; and good cause appearing, the Court will issue an appropriate order.

                                       s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge